Bron E. D'Angelo, Esq., SBN 246819
**PETTIT KOHN INGRASSIA & LUTZ PC**
9841 Airport Boulevard, Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com

JS-6

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SIMRIL, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC.; and DOES 1 to 20, <br><br> Defendants. | CASE NO.: 2:16-cv-04564 AB (PLAx) <br><br> **[~~PROPOSED~~] JUDGMENT** <br><br> Date: June 12, 2017 <br> Time: 10:00 a.m. <br> Courtroom: 7B <br> District Judge: André Birotte Jr. <br> Magistrate Judge: Paul L. Abrams <br> Complaint Filed: April 4, 2016 <br> Trial Date: December 5, 2017 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Upon review of Defendant Wal-Mart Stores Inc.'s ("Defendant" or "Wal-Mart") moving papers submitted, including the Memorandum of Points and Authorities, the Separate Statement of Undisputed Facts and Conclusions of Law, the Notice of Lodgment of Evidence, which includes the Declarations of Bron E. D'Angelo, Esq., and Declarations of Wal-Mart employees Leticia Soria-Acosta, Edgar Luna, the Notice of Manual Filing or Lodging in support of its motion for summary judgment, or alternatively, partial summary judgment, as well as all papers submitted in reply thereto, and any other matters of which the Court may take judicial notice, and good cause appearing therefore:

IT IS ORDERED AND ADJUDGED that Defendant WAL-MART STORES, INC.'s motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff ROBERT LEWIS SIMRIL takes nothing by way of his Complaint, that the entire action be dismissed on the merits.

DATED: July 11, 2017

_____
UNITED STATES DISTRICT JUDGE